UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM FIELDER<br><br>    Plaintiff,<br><br>vs.<br><br>PENN STATION, INC., et al.<br><br>    Defendants. | CASE NO. 1:12-CV-02166-CAB<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**NOTICE OF PENDING SETTLEMENT** |

The parties have reached a settlement on behalf of the individual plaintiff's claims with a withdrawal of class allegations and are in the process of drafting paperwork.  The undersigned expects to have materials to submit to the court within the next two weeks.

Respectfully submitted,

*/s/Patrick J. Perotti*

Patrick J. Perotti, Esq. (#0005481)
Nicole T. Fiorelli, Esq. (#0079204)
Michael R. Rudick, Esq. (#0087800)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391     (440) 352-3469 Fax
Email:  *pperotti@dworkenlaw.com*
            *nfiorelli@dworkenlaw.com*
            *mrudick@dworkenlaw.com*

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants today June 17, 2013.

*/s/ Patrick J. Perotti*

Patrick J. Perotti, Esq. (#0005481)
**DWORKEN & BERNSTEIN CO., L.P.A.**
One of the Attorneys for Plaintiffs