## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM FIELDER,** | ) | **CASE NO. 1:12CV2166** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **PENN STATION, INC., ET AL.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

### CHRISTOPHER A. BOYKO, J:

Pursuant to the representations of the parties a settlement has been reached. Therefore, the parties shall file their settled and dismissed entry no later than July 17, 2013. If the parties fail to file their settled and dismissed entry by the above date the Court will enter its own dismissal entry.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: July 12, 2013