UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM FIELDER | CASE NO. 1:12-CV-02166-CAB |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| vs. | |
| PENN STATION, INC., et al. | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys, hereby give notice of their stipulation to dismiss this action with prejudice pursuant to the settlement agreement between the parties. The Court shall retain jurisdiction over the settlement.

Respectfully submitted,

| | |
|---|---|
| */s/ Nicole T. Fiorelli* | */s/ Marcel C. Duhamel* (email consent) |
| Patrick J. Perotti, Esq. (#0005481) | Marcel C. Duhamel, Esq. (#0062171) |
| Nicole T. Fiorelli, Esq. (#0079204) | **VORYS, SATER, SEYMOUR AND PEASE. LLP** |
| **DWORKEN & BERNSTEIN CO., L.P.A.** | 1375 Easth Ninth Street, Suite 2100 |
| 60 South Park Place | Cleveland, Ohio 44114-1724 |
| Painesville, Ohio 44077 | (216) 479-6112   (216) 937-3722 Fax |
| (440) 352-3391   (440) 352-3469 Fax | Email: *mcduhamel@vorys.com* |
| Email: *pperotti@dworkenlaw.com* | |
|         *nfiorelli@dworkenlaw.com* | Robert N. Webner, Esq. (#0029984) |
| | Martha C. Brewer, Esq. (#0083788) |
| Counsel for Plaintiff | **VORYS, SATER, SEYMOUR AND PEASE. LLP** |
| | 52 East Gay Street |
| | Columbus, Ohio 43215 |
| | (614) 464-8243   (614) 719-5083 Fax |
| | Email: *rnwebner@vorys.com* |
| | |
| | Counsel for Defendant Penn Station |

       */s/ Erica L. Calderas* (email consent)
       Erica L. Calderas, Esq. (#0064064)
       **LOESER & PARKS, LLP**
       200 Public Square, Suite 2800
       Cleveland, Ohio 44114
       (216) 274-2533     (216) 241-2824

       Seth C. Harrington, Esq. (admitted Pro Hac Vice)
       **ROPES & GRAY, LLP**
       Prudential Tower, 800 Boylston Street
       Boston, Massachusetts 02199-3600
       (617) 951-7226     (617) 235-7321

       Counsel for Defendant Heartland Payment
       Services, Inc.

IT IS SO ORDERED.

       s/ Christopher A. Boyko
       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants today July 17, 2013.

       */s/ Nicole T. Fiorelli*
       Nicole T. Fiorelli, Esq. (#0079204)
       **DWORKEN & BERNSTEIN CO., L.P.A.**
       One of the Attorneys for Plaintiffs